# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No: 10-cv-00290-MSK-MJW

ALLSTATE SWEEPING, LLC
a Colorado Limited Liability Company,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, *et al.*,

      Defendants.

---

## ORDER ( Docket p. 11 )

---

It is hereby ordered that attorneys Anne T. Sulton and William F. Sulton may

appear by telephone during the Scheduling Conference set for May 18, 2010, at 9:30

am. They shall call telephone # 303 - 844 - 2403 at the appointed time.

Dated: March 19 2010

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO