IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00290-MSK-MJW

ALLSTATE SWEEPING, LLC,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is ORDERED that Defendants' Motion to Stay Discovery Pending Determination of Statute of Limitations Issue (docket no.15) is DENIED. Here, the court finds that Defendants have failed to demonstrate any real hardship or inequity if a stay is not granted. Ben Ezra, Weinstein, & Co. v. America Online Inc., 206 F.3d 980, 987 (10th Cir. 2000). Furthermore, a stay of all discovery is generally disfavored in this District. Chavez v. Young Am. Ins. Co., No 06-2419, 2007 U.S. Dist. LEXIS 15054, 2007 WL 683973 (D. Colo. Mar. 2, 2007).

Date: April 16, 2010