IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00290-MSK-MJW

ALLSTATE SWEEPING, LLC,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER, et al,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for a Protective Order (docket no. 30) is GRANTED finding good cause shown. The written Stipulation and Protective Order (docket no. 31-1) is APPROVED as amended in paragraph 14 and made an Order of Court.

Date: May 07, 2010