IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00290-MSK-MJW

ALLSTATE SWEEPING, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation;
DENVER DEPARTMENT OF AVIATION, a Department of the City and County of Denver;
APRIL HENDERSON;
CALVIN BLACK;
STEVE DRAPER; and
RUTH RODRIGUEZ,

    Defendants.

---

## ORDER DISMISSING CLAIMS AGAINST JOHN DOE DEFENDANTS

---

THIS MATTER comes before the Court on the Motion to Dismiss John Doe Defendants (Motion) **(#49)** filed June 17, 2010. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. Any and all claims asserted against the John Doe Defendants are hereby dismissed without prejudice. Each party to pay his, her or its own costs and attorney fees. All further captions shall so reflect.

DATED this 21st day of June, 2010.

          **BY THE COURT:**

          */s/ Marcia S. Krieger*
          _____

          Marcia S. Krieger
          United States District Judge