IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00290-MSK-MJW

ALLSTATE SWEEPING, LLC, a Colorado Limited Liability Company,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
DENVER DEPARTMENT OF AVIATION, a Department of the City and County of Denver,
APRIL HENDERSON,
CALVIN BLACK,
STEVE DRAPER,
RUTH RODRIGUEZ,

Defendants.

---

**ORDER RE: JOINT STIPULATED MOTION TO AMEND THE SCHEDULING ORDER** ( Docket No. 59 )

---

This matter comes before the Court upon the parties Joint Stipulated Motion to Amend the Scheduling Order. The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion and ORDERS that the Scheduling Order is amended to reflect the continuation of the depositions of Ms. Hollis and Ms. Krueger in Denver, to not exceed 14 hours each.

DATED this 12 day of July, 2010.

BY THE COURT:

*[signature]*

**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**