IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00290-MSK-MJW

ALLSTATE SWEEPING, LLC,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,
DENVER DEPARTMENT OF AVIATION,
APRIL HENDERSON,
CALVIN BLACK,
STEVE DRAPER, and
RUTH RODRIGUEZ,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Urgent Request for The Court to Review and Correct the Record Re: Court's Order Denying Motion to Amend the Scheduling Order Entered at Docket # 84 on December 16, 2010 (docket no. 85) is GRANTED as follows. The court will delete from my Order (docket no. 84) dated December 16, 2010, the following language: "... Plaintiff has caused delay in the discovery portion of this case..."

Date: December 22, 2010