# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**  10-cv-00290-MSK-MJW          FTR - Courtroom A-502

**Date:**  January 26, 2011                              Courtroom Deputy, Ellen E. Miller

<u>Parties</u>                                                        <u>Counsel</u>

ALLSTATE SWEEPING, LLC,                         Anne T. Sulton

    Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,                 Gillian M. Fahlsing
DENVER DEPARTMENT OF AVIATION,        Shella B. Neba
APRIL HENDERSON,                                     Adam P. O'Brien
CALVIN BLACK,
STEVE DRAPER, and
RUTH RODRIGUEZ,

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTIONS  HEARING**
**Court in Session:**   1:30 p.m.
Court calls case.  Appearances of counsel.  Also present are plaintiff representatives Beth Krueger and Barb Hollis.

The Court raises the Plaintiff's Request [motion] for Leave to File the Attached Amended Complaint [Docket No. **78**]  and Plaintiff's Request [motion] for Reconsideration of the Court's Order Denying Plaintiff's Motion to Amend the Scheduling Order- Docket no. 79, filed December 16, 2010 [Docket no. **89**]   for argument.

Plaintiff tenders to the Court a chronological summary of the case.

Argument by Ms. Sulton.
Argument by Ms. Fahlsing.


**It is ORDERED:**          Plaintiff's REQUEST [MOTION] FOR LEAVE TO FILE THE ATTACHED
                            AMENDED COMPLAINT  [Docket No. **78**, filed December 10, 2010] is
                            **TAKEN  UNDER  ADVISEMENT.**   The court will issue its written Order.

**It is ORDERED:**          Plaintiff's REQUEST [MOTION] FOR RECONSIDERATION OF THE
                            COURT'S ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE

SCHEDULING ORDER- DOCKET NO. 79, FILED DECEMBER 16, 2010 [Docket No. **89**, Filed December 19, 2010]   is   **TAKEN  UNDER ADVISEMENT.**  The court will issue its written Order.

HEARING CONCLUDES.

**Court in recess:**    2:21   p.m.
Total In-Court Time:   00:51

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.