IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00290-MSK-MJW

ALLSTATE SWEEPING, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
APRIL HENDERSON,
CALVIN BLACK,
STEVE DRAPER,
RUTH RODRIGUEZ,

    Defendants.

---

**ORDER RE: DEFENDANTS' JOINT MOTION TO
AMEND THE SCHEDULING ORDER** (Docket No. 125)

---

This matter comes before the Court upon the Defendants' Joint Motion to Amend the Scheduling Order. The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion and ORDERS that the Scheduling Order, specifically Paragraph 8 c. is amended to reflect the deadline of April 22, 2011 for the filing of dispositive motions.

DATED this 4TH day of February, 2011.

BY THE COURT:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO