IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00290-WJM-MJW

ALLSTATE SWEEPING, LLC,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,
DENVER DEPARTMENT OF AVIATION,
APRIL HENDERSON,
CALVIN BLACK,
STEVE DRAPER, and
RUTH RODRIGUEZ,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Plaintiff's Unopposed Motion to Withdraw Motion for Clarification Filed at Docket #128 (Docket No. 131) is granted, and thus it is further

**ORDERED** that the Plaintiff's Request for Clarification of Court's Order (Docket No. 128) is deemed withdrawn.

Date:   February 10, 2011