IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Case No. 10-cv-00290-WJM-MJW

ALLSTATE SWEEPING, LLC.,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation;
DENVER DEPARTMENT OF AVIATION, a Department of the City and County of Denver;
APRIL HENDERSON;
CALVIN BLACK;
STEVE DRAPER; and
RUTH RODRIGUEZ,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 17 day of May 2011.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendants