IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 10-cv-290-WJM-MJW

ALLSTATE SWEEPING, LLC
a Colorado Limited Liability Company,

    Plaintiff,
v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

---

ORDER ( Docket No 171 )

---

Based upon Plaintiff's motion (Docket no 171), IT IS HEREBY ORDERED: Granted.

__X__ Plaintiff's counsel may appear by telephone during the final pretrial conference scheduled for 9:30 AM, on June 6, 2011. Counsel should telephone: 303-844-2403

Dated: MAY 24, 2011

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO