IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00290-WJM-MJW

ALLSTATE SWEEPING, LLC,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,
APRIL HENDERSON,
CALVIN BLACK,
STEVE DRAPER, and
RUTH RODRIGUEZ,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion for Leave to File the Attached Corrected Plaintiff's Response in Opposition to Defendants' Motions for Summary Judgment [Docket No. **173**], filed with the court May 24, 2011, is GRANTED finding good cause show.

It is further ORDERED that the Corrected Plaintiff's Response in Opposition to Defendants' Motions for Summary Judgment, (173-1 through 173-21) is accepted for filing as of the date of this minute order.

Date:  May 31, 2011