IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-00290-RBJ-MJW

ALLSTATE SWEEPING, LLC,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
DENVER DEPARTMENT OF AVIATION, a department of the City and County of Denver,
APRIL HENDERSON,
CALVIN BLACK,
STEVE DRAPER, and
RUTH RODRIGUEZ,

    Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

THE COURT, having reviewed the Joint Motion to Dismiss with Prejudice, and the Court being fully briefed, hereby GRANTS the Motion and ORDERS that all claims that were brought, or that could have been brought, by Plaintiff Allstate Sweeping, LLC against Defendants City and County Denver, April Henderson, Calvin Black, Steve Draper and Ruth Rodriquez, are DISMISSED WITH PREJUDICE.

DATED this 30th day of December, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge